64217. UNIVERSITY EMERGENCY PHYSICIANS v. BOHLER.

MCMURRAY, Presiding Judge.

After plenary consideration of this matter it is not found to satisfy the criteria for granting the interlocutory appeal. The order granting the application is therefore vacated and the appeal is accordingly dismissed.

*Appeal dismissed. Banke and Birdsong, JJ., concur.*

DECIDED JULY 2, 1982 —
REHEARING DENIED JULY 26, 1982.

*David H. Hanks,* for appellant.
*O. Torbitt Ivey, Jr.,* for appellee.